### 14664.   HILL *v.* THE STATE.

BROYLES, C. J. The testimony of the accomplice was sufficiently corroborated by the other facts and circumstances of the case; the verdict was amply authorized by the evidence, and none of the special grounds of the motion for a new trial requires a reversal of the judgment below.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
> DECIDED JULY 10, 1923.

Indictment for making liquor; from Whitfield superior court —
Judge Tarver.   May 9, 1923.

*M. B. Eubanks,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.